# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 20-1291**　　　　　　　　　　　　　　**September Term, 2019**

**FAA-07/28/2020 Order**

**Filed On: July 31, 2020** [1854469]

Warbird Adventures, Inc. and Thom Richard,

　　　Petitioners

　　v.

Federal Aviation Administration,

　　　Respondent

### **N O T I C E**

　　This case was docketed on July 30, 2020. The Federal Aviation Administration is hereby notified that the attached is a true copy of the petition for review, which was filed on July 30, 2020, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

　　The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　Amy Yacisin
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachment:
　　Certified Copy of Petition for Review