# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WARBIRD ADVENTURES, INC. and THOM RICHARD, <br>     Petitioners, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION, <br>     Respondent. | No. 20-1291 |

## NOTICE OF FILING OF CERTIFIED INDEX OF RECORD

Respondent the Federal Aviation Administration hereby submits a certified index to the administrative record in this case.

    Respectfully submitted,

    /s/ Jack Starcher
    Jack Starcher
    Attorney, Appellate Staff
    Civil Division, Room 7515
    U.S. Department of Justice
    950 Pennsylvania Avenue NW
    Washington, DC 20530
    (202) 514-8877
    john.e.starcher@usdoj.gov

    *Counsel for Respondent*

SEPTEMBER 2020

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Warbird Adventures, Inc. and Thom Richard | ' |
| | ' Case No. 20-1291 |
| Petitioners, | ' |
| v. | ' |
| | ' |
| Federal Aviation Administration | |
| | ' |
| Respondent. | ' |

## **CERTIFICATION OF INDEX OF RECORD**

IT IS HEREBY CERTIFIED that the attached list describes the material comprising the Federal Aviation Administration's record in this case. The complete record is available for the purpose of review.

/s Andrew P. Lambert
Andrew P. Lambert
Attorney
Office of the Chief Counsel
Federal Aviation Administration

Dated: September 14, 2020

1

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

## Case No. 20-1291

## FEDERAL AVIATION ADMINISTRATION'S
## INDEX OF RECORD

| TAB | RECORD ITEM | RECORD PAGE |
|---|---|---|
| 1 | Emergency Cease and Desist Order with exhibits | 1 - 23 |
| 2 | Federal Aviation Administration Enforcement Investigative Report No. 2020SO150010 Items of Proof | 24 - 98 |
| 3 | Federal Aviation Administration Enforcement Investigative Report No. 2020SO150011 Items of Proof | 99-140 |

# CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit through the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and will be served through the CM/ECF system.

*/s/ Jack Starcher*
Jack Starcher
*Counsel for Respondent*